Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Phillip C. Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Bally Technologies, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROY HOWARD, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BALLY TECHNOLOGIES, INC.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01527-APG-NJK<br><br>**STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION BRIEFING** |

Plaintiff Roy Howard ("Plaintiff") and Defendant Bally Technologies, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On October 21, 2016, the Court entered an Order scheduling this matter for an Early Neutral Evaluation (hereinafter referred to as "ENE") hearing on December 1, 2016 at 9:30 p.m. before the Robert A. McQuaid, United States Magistrate Judge. ECF No. 9.

2. The Court further ordered that written evaluation statements shall be received by the Court no later than November 22, 2016.

3. The parties agree and respectfully request that, due to a scheduling conflict of Defense counsel, the Court extend the deadline to provide written evaluation statements to November 28, 2016.

4. Defense counsel attempted to contact the Court on Friday, November 18, 2016, and Monday, November 21, 2016, to request the above-described extension for the parties to

submit their evaluation statements, but Defense counsel has been unable to reach the Court.

    5.    Accordingly, the parties stipulate and respectfully request that the Court grant an extension to the deadline for the parties to submit written evaluation statements to November 28, 2016.

Dated November 21, 2016.

| JACKSON LEWIS P.C. | HATFIELD & ASSOCIATES, LTD. |
|---|---|
| */s/ Phillip C. Thompson* <br> Deverie J. Christensen, Bar # 6596 <br> Phillip C. Thompson, Bar #12114 <br> 3800 Howard Hughes Parkway, Ste. 600 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant* | */s/ Trevor J. Hatfield* <br> Trevor J. Hatfield, Bar # 7373 <br> 703 S. 8th Street <br> Las Vegas, Nevada 89101 <br> *Attorney for Plaintiff* |

**IT IS SO ORDERED.**

_____
U. S. District Court Magistrate

Dated: November 22, 2016

4828-0353-5165, v. 1